IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>                              Defendants. | C.A. No. 07-142 UNA |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Rochester Drug Co-operative, Inc. certifies that: (i) plaintiff Rochester Drug Co-operative, Inc. is not a publicly held corporation; (2) does not have a parent corporation; and (2) no publicly-held corporation owns 10% or more of its stock.

Dated: March 13, 2007

Respectfully submitted,

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar No. 630)
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433

- 2 -

**BERGER & MONTAGUE, P.C.**
Daniel Berger
David F. Sorensen
Eric L. Cramer
John D. Radice
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

**LAW OFFICES OF JOSHUA P. DAVIS**
Joshua P. Davis
437A Valley Street
San Francisco, CA 94131

**LAW OFFICES OF DAVID BALTO**
David Balto
1350 I Street, NW
Washington DC, 20005