IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-142-SLR |
| v. | ) ) | |
| BRAINTREE LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The parties, by their undersigned counsel, hereby stipulate and agree to extend the time required to answer, plead or otherwise respond to the Complaint at least an additional sixty (60) days to and including June 1, 2007; however, in the event that any party files a motion for a stay of this matter pending the outcome of the trial in Civil Action No. 03-477 (SLR) (D. Del.), an answer or responsive pleading to the Complaint (or any operative Consolidated Complaint or Consolidated Amended Complaint) shall not be required until at least twenty days after a ruling by the Court on any motion for a stay that would require the filing of a responsive pleading. Notwithstanding the above, if Defendant chooses, or is required, to respond to any other complaint filed by a direct purchaser, raising an antitrust claim relating to MiraLax, prior to the

RLF1-3133356-1

date of response in the above-captioned actions, Defendant shall respond to the operative

Consolidated Complaint (or Consolidated Amended Complaint) first.


__/s/Frederick L. Cottell, III_____          __/s/ Jeffrey S. Goddess_____
Frederick L. Cottrell, III                    Jeffrey S. Goddess
Cottrell@rlf.com                              jgoddess@rmgglaw.com
Steven J. Fineman                             Rosenthal, Monhait & Goddess, P.A.
Fineman@rlf.com                               919 Market Street, Suite 1401
Richards, Layton & Finger, P.A.               Wilmington, DE  19899-1070
One Rodney Square                             (302) 656-4433
920 North King Street
P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
                                              Berger & Montague, P.C.
                                              Daniel Berger
WilmerHale LLP                                David F. Sorensen
Michelle D. Miller                            Eric L. Cramer
David B. Bassett                              John D. Radice
Mark A.Ford                                   1622 Locust Street
60 State Street                               Philadelphia, PA  19103
Boston, MA  02109                             (215) 875-3000
(617) 526-6000

                                              Law Offices of Joshua P. Davis
                                              Joshua P. Davis
                                              437A Valley Street
                                              San Francisco, CA  94131

                                              Law Offices of David Balto
                                              David Balto
                                              1350 I Street, NW
Dated:  March 29, 2007                        Washington, DC  20005



   SO ORDERED this _____ day of _____, 2007



                                              _____
                                              Honorable Sue L. Robinson


RLF1-3133356-1