## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | C.A. No. 07-142 SLR |
| v. ) ) | |
| BRAINTREE LABORATORIES, INC., ) ) | |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Russell A. Chorush, Esquire of Heim, Payne & Chorush, L.L.P., 600 Travis, Suite 6710, Houston, TX 77002 to represent plaintiff Rochester Drug Co-operative, Inc. in this matter.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
*Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) C.A. No. 07-142-SLR ) |
| v. | ) ) |
| BRAINTREE LABORATORIES, INC., | ) ) |
| Defendant. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar(s) of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: April 23, 2007

_____
Russell A. Chorush, Ph.D., J.D.
Heim, Payne & Chorush, L.L.P.
600 Travis, Suite 6710
Houston, TX 77002
(713) 221-2004
(713) 221-2021 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendant. | C.A. No. 07-142 SLR |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Robert A. Chorush, Esquire, is granted.

Date: _____     _____
                                                                        United States District Judge