IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-142 SLR<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joseph M. Vanek, Esquire and David P. Germaine, Esquire of Vanek Vickers & Masini P.C., 111 South Wacker Drive, Suite 4050, Chicago, IL 60606 to represent plaintiffs Meijer, Inc. and Meijer Distribution, Inc. in this matter.

/s/ Jeffrey S. Goddess
_____
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jgoddess@rmgglaw.com
*Liaison Counsel for Plaintiffs*

Date:  September 14, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Joseph M. Vanek, Esquire and David P. Germaine, Esquire is granted.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEIJER, INC. and MEIJER
DISTRIBUTION, INC., on behalf of itself
and all others similarly situated,

        C.A. No. 07-143

        *Plaintiffs*,

v.

BRAINTREE LABORATORIES, INC.,

        *Defendants*.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 8/21/07

Joseph M. Vanek
Vanek Vickers & Masini P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEIJER, INC. and MEIJER
DISTRIBUTION, INC., on behalf of itself
and all others similarly situated,

C.A. No. 07-143

Plaintiffs,

v.

BRAINTREE LABORATORIES, INC.,

Defendants.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 9/13/07

David P. Germaine
Vanek Vickers & Masini P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500