IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-142-SLR |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-356-SLR |

**JOINT MOTION TO STAY ALL PROCEEDINGS**
**AND FOR EXTENSION OF TIME**

Defendant Braintree Laboratories, Inc. ("Braintree"), the Direct Purchaser Plaintiffs[1], and the Indirect Purchaser Plaintiffs[2] jointly move for an order staying all proceedings in the Direct

---

[1] Pursuant to the Court's Pretrial Order, the complaints filed by Plaintiffs Rochester Drug Co-Operative, Inc. (C.A. No. 07-142-SLR), Meijer, Inc. and Meijer Distribution Inc. (C.A. No. 07-143-SLR), and Louisiana Wholesale Drug Company, Inc. (C.A. No. 07-144-SLR) were consolidated, and all papers filed in the Consolidated Direct Purchaser Class Action shall be filed in C.A. No. 07-142-SLR. *See* D.I. 12 at ¶ 2, C.A. No. 07-142-SLR (Apr. 10, 2007).

[2] Pursuant to the Court's Pretrial Order, the complaint filed by Plaintiff Philadelphia Federation of Teachers Health and Welfare Fund shall act as the operative complaint for the Consolidated Indirect Purchaser Class Action, and all filings shall be made in C.A. No. 07-356-SLR. *See* D.I. 18 at ¶ 2, C.A. No. 07-356-SLR (June 28, 2007).

RLF1-3318638-1

Purchaser Class Action and the Indirect Purchaser Class Action pending the outcome of the appeal of the Court's judgment in *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civ. A. No. 03-477 (SLR) (the "*Schwarz* litigation"), a related case involving many similar factual allegations and legal claims. In addition, the parties move that the deadline for Braintree to move, answer, or otherwise respond to the operative complaints in these cases be extended to and including 45 days from the issuance of a decision by the United States Court of Appeals for the Federal Circuit or from the dismissal of the appeal in the *Schwarz* litigation.

In support of this motion, the parties state as follows:

1. By orders of June 7, 2007, D.I. 15, C.A. No. 07-142-SLR, and June 25, 2007, D.I. 14, C.A. No. 07-356-SLR, the Court stayed all proceedings in these consolidated class actions pending its judgment in the *Schwarz* litigation.

2. On August 4, 2008, the Court entered judgment in the *Schwarz* litigation in favor of Braintree, dismissing all counts of Schwarz Pharma, Inc.'s counterclaim. *See* D.I. 264, C.A. No. 03-477-SLR. Schwarz filed a Notice of Appeal on August 26, 2008. *See* D.I. 266, C.A. No. 03-477-SLR.

3. A stay of these cases pending the outcome of the *Schwarz* appeal would promote judicial efficiency by conserving the resources of the Court and the parties. Given the similarity of the issues, the decision of the United States Court of Appeals for the Federal Circuit in the *Schwarz* litigation may eliminate or narrow the scope of the issues to be tried and thus limit the necessary discovery, and may foster settlement among the parties. *See Levy v. Sterling Holding Co., LLC*, C.A. No. 00-994, 2004 WL 2251268 at * 2 (D. Del. Sept. 27, 2004) (stay would "simplify the issues in this case and focus the litigation"); *Maloney v. Gordon*, 328 F. Supp. 2d 508, 513 (D. Del. 2004) (where related case "may guide the parties in settlement discussions and

potentially eliminate the need to litigate some or all of the issues in [the] case" staying instant case preserves judicial resources).

4. The stay will be entered "before any party incurs substantial litigation-related expenses." *Alloc, Inc. v. Unilin Decor N.V.*, C.A. No. 03-253, 2003 WL 21640372 at *3 (D. Del. July 11, 2003).

5. For these reasons, the parties respectfully request that the Court enter the proposed order attached hereto.

| | |
|---|---|
| | /s/ Frederick L. Cottrell, III |
| *Of Counsel* | Frederick L. Cottrell, III (#2555) |
| Michelle D. Miller | Steven J. Fineman (#4025) |
| David B. Bassett | RICHARDS, LAYTON & FINGER, P.A. |
| Mark A. Ford | One Rodney Square |
| WILMER CUTLER PICKERING | 920 North King Street |
|   HALE AND DORR LLP | P.O. Box 551 |
| 60 State Street | Wilmington, DE 19801 |
| Boston, MA 02109 | cottrell@rlf.com |
| (617) 526-6000 | fineman@rlf.com |
| | (302) 651-7700 |
| | |
| | *Counsel for Braintree Laboratories, Inc.* |
| | |
| | /s/ Jeffrey S. Goddess |
| *Of Counsel* | Jeffrey S. Goddess (#630) |
| Daniel Berger | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| David F. Sorensen | 919 Market Street, Suite 1401 |
| Eric L. Cramer | Wilmington, DE 19899-1070 |
| BERGER & MONTAGUE P.C. | Tel: (302) 656-4433 |
| 1622 Locust Street | Fax: (302) 658-7567 |
| Philadelphia, PA 19103 | |
| Tel: (215) 875-3000 | *Counsel for Direct Purchasers* |
| Fax: (215) 875-4604 | |

Kaplan Fox & Kilsheimer, LLP
Robert N. Kaplan
Linda P. Nussbaum
805 Third Avenue
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Bruce Gerstein
Barry Taus
GARWIN, GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

*Of Counsel*
Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003

Jeffrey L. Kodroff
John Macoretta
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

Date: September 5, 2008

/s/ A. Zachary Naylor
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899-1070
Tel: (302) 656-2500
Fax: (302) 656-9053

*Counsel for Indirect Purchasers*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I caused to be served by hand delivery the foregoing document(s) and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE  19899

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3318647-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-142-SLR |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-356-SLR |

## ORDER ON JOINT MOTION TO STAY ALL PROCEEDINGS AND FOR EXTENSION OF TIME

All proceedings in the above-captioned consolidated cases are stayed pending the outcome of the appeal of the Court's judgment in *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civ. A. No. 03-477 (SLR) (the "*Schwarz* litigation").

It is further ordered that the deadline for Braintree Laboratories, Inc. to move, answer, or otherwise respond to the operative complaints in these cases be extended to and including 45

RLF1-3318639-1

days from the issuance of a decision by the United States Court of Appeals for the Federal Circuit or from the dismissal of the appeal in the *Schwarz* litigation

So ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE