IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUGCO-OPERATIVE, INC., *et al.*, on behalf of itself and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BRAINTREELABORATORIES, INC.,<br>Defendant. | C.A.No.07-142SLR<br>CONSOLIDATED |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF PROPOSED SETTLEMENT**

Plaintiffs Meijer Inc., and Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and Louisiana Wholesale Drug Co., Inc. ("Plaintiffs"), by and through their undersigned counsel, respectfully move the Court for an Order and Judgment pursuant to Federal Rules of Civil Procedure 23 and 54: (a) finally approving the proposed settlement of this action for $17.25 million (the "Settlement") on the terms set forth in the settlement agreement between the parties (attached to the Direct Purchaser Class Plaintiffs' Brief in Support of Their Motion for Class Certification in Light of Settlement, Appointment of Class Counsel, Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class, and Setting the Final Settlement Schedule and Date for a Fairness Hearing, as Exhibit 1 (D.I. 230)); (b) dismissing this case with prejudice against defendant Braintree Laboratories, Inc. according to the terms of the Settlement, and (c) approving the proposed Plan of Allocation of the Settlement proceeds, net of any awards of attorney's fees, expenses and incentive awards as described in the

Brief in Support of this Motion. The Settlement is a laudable result for a class of direct purchasers in a case that, as described more fully in the accompanying brief and related filings in connection with Class Counsel's fee application, posed many difficult legal and factual challenges. In support of this motion, Class Counsel submits the accompanying (a) Plaintiffs' Brief in Support their unopposed Motion for Final Approval of Proposed Settlement; and (b) the Declaration of Edward J. Sincavage, CPA Regarding Dissemination of Notice to the Class. This Motion also relies on the brief and affidavits previously filed on March 19, 2012 in connection with Class Counsel's fee application (D.I. 234, 235, and 236).

Dated: April 27, 2012

Jeffrey S. Goddess (Del. No. 630)
Jessica Zeldin (Del. No. 3558)
ROSENTHAL, MONHAIT & GODDESS, PA
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
Telephone: (302) 656-4433

*Liaison Counsel for Direct Purchaser Class Plaintiffs*

Linda P. Nussbaum
John D. Radice
GRANT & EISENHOFFER, P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8504
Fax: (646) 722-8501

Bruce E. Gerstein
Ephraim R. Gerstein
GARWIN, GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

Eric L. Cramer
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

*Co-Lead Counsel for the Direct Purchaser Class*